No. 10–5756. MAUSALI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5763. DEAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5765. DRAPER v. ATLANTA INDEPENDENT SCHOOL SYSTEM. C. A. 11th Cir. Certiorari denied.

No. 10–5768. ALVAREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5769. BUCHANAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5772. ZARN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5775. DOUGLAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–5776. CURRY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5780. COHEN v. HUNT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 10–5781. CARLSON v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 10–5785. GHILARDUCCI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–5786. FALLS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5787. FINCHER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5788. HUDSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5789. HOWARD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5793. LINH DAI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.